THE STATE EX REL. CRAIN, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Crain v. Indus. Comm.* (1998), 82 Ohio St.3d 175.]

(No. 95–2185—Submitted May 12, 1998—Decided June 17, 1998.)

*Sheldon Karp Co., L.P.A.,* and *R. Mark Gottfried,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Dennis L. Hufstader,* Assistant Attorney General, for appellee.

The judgment of the court of appeals is reversed, and the cause is returned to the Industrial Commission for compliance with *State ex rel. Noll v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent and would affirm the judgment of the court of appeals.